# ROBERT DiDIO & ASSOCIATES
## ATTORNEYS AT LAW

80-02 KEW GARDENS ROAD, SUITE 307 · KEW GARDENS, NEW YORK 11415 · TEL: (718) 575-5145 · FAX: (718) 793-0165
EMAIL: ATTORNEYDIDIO@AOL.COM · WEB: WWW.ATTORNEYDIDIO911.COM

**ASSOCIATE ATTORNEYS**
Danielle Muscatello
Elisha Rudolph

November 19, 2013

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: <u>U.S. v. Iftikhar Rizvi</u>
           Criminal No.: 10-CR-00856-01

Dear Judge Cote:

    This office represents Mr. Iftikhar Rizvi with respect to the above-referenced matter. This matter is currently scheduled for a status conference as to the alleged violation of his supervised release for this Friday, November 22, 2013. Mr. Rizvi has a matter currently pending in the Queens County Supreme Court which my office is also retained on. It is my intention to resolve this matter prior to addressing the alleged violation of supervised release pending in this Court. In addition, Mr. Rizvi's State case is currently scheduled for hearings on November 21, 2013 at which time Mr. Rizvi's presence is required.

    In light of the above, I would respectfully request a continuance of the upcoming matter scheduled before Your Honor until Friday, January 10, 2014 at 9:30 a.m. My office has spoken to the Assistant United States Attorney assigned to the case, Sarah Lai, and she has no objection to a continuance so that we may first resolve the State case. In addition, our office has spoken to United States Office of Probation and obtained the consent of the assigned officer, Jovanna Calderon. In light of the above, the defendant hereby requests a continuance of the case for a status conference until January 10, 2014.

    Thank you for your courtesies.

                                          Sincerely,

                                          ROBERT DiDIO, ESQ.

RD/err

   

# ROBERT DiDIO

cc: Sarah Lai
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007


Jovanna Calderon
United States Probation Officers
United States Office of Probation, Southern District of New York
500 Pearl Street
New York, NY 10007